**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

UNITED STATES OF AMERICA

V.

KIMBERLY ROBINSON

CRIMINAL COMPLAINT

CASE NUMBER: 3:05-MJ-1043

**ORDER**

Based upon the motion filed by the United States and for the reasons set forth therein, it is hereby ORDERED that the affidavit in support of the complaint in the above-styled case be sealed until further order of this Court.

Entered this the ___ day of June, 2005.

_____
C. CLIFFORD SHIRLEY, JR.
UNITED STATES MAGISTRATE JUDGE